In the Matter of the Petition of THE QUEENS COUNTY BAR ASSOCIATION with Respect to SCOTT SANDERS, an Attorney.— Matter referred to Hon. Burt Jay Humphrey, official referee, to hear and to report with his opinion. Present — Lazansky, P. J., Carswell, Johnston, Taylor and Close, JJ.

In the Matter of the Petition of THE QUEENS COUNTY BAR ASSOCIATION with Respect to HARRY L. SCHOLER, an Attorney.— Matter referred to Hon. Burt Jay Humphrey, official referee, to hear and to report with his opinion. Present — Lazansky, P. J., Carswell, Johnston, Taylor and Close, JJ.

HENRY KRAMMER, Respondent, v. STEPHEN VAN DE WATER, Appellant.— Motion to dismiss appeal (post, p. 741) granted, without costs. Present — Lazansky, P. J., Carswell, Johnston, Taylor and Close, JJ.

MANUFACTURERS TRUST COMPANY, as Successor by Merger with the STATE BANK AND TRUST COMPANY, under a Certain Trust Agreement with PRUDENCE BONDS CORPORATION, Dated June 1st, 1928, Plaintiff, v. SEIDLAS REALTY CORPORATION and Others, Defendants; JUNE FEIGENBAUM, Successor in Interest of RUBEN FEIGENBAUM, Appellant; JAMES W. SMITH, Receiver, Respondent.— Motion for reargument denied, without costs. Present — Lazansky, P. J., Carswell, Johnston, Taylor and Close, JJ.

HANNAH E. McKENNA, Appellant, v. LOUISE MEYER and HERBERT A. MEYER, as Trustees under the Last Will and Testament of WILLIAM H. MEYER, Deceased, and Individually, and Another, Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Carswell, Johnston, Taylor and Close, JJ.

MARSELIS C. PARSONS, Appellant, v. THE RYE NATIONAL BANK and Others, Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Carswell, Johnston, Taylor and Close, JJ.

THE PEOPLE OF THE STATE OF NEW YORK on the Petition of CHARLES T. PURDY, Respondent, v. JOHN IANIRI, as Assessor of the Town of Harrison, N. Y., ROBERT P. VIGNOLA and Others, Composing the Board of Review of the Town of Harrison, New York, Appellants.— Motion for leave to appeal to the Court of Appeals denied. Motion for stay denied. Present — Hagarty, Davis, Johnston, Adel and Close, JJ.

RICHMUR REALTY CORPORATION, Appellant, v. GLASS & LIEBERMAN, INC., Respondent.— Motion for leave to appeal to the Appellate Division denied. Present — Hagarty, Davis, Johnston, Adel and Close, JJ.

MARY SCHER and SAMUEL SCHER, Appellants, v. THE CITY OF NEW YORK, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Carswell, Johnston, Taylor and Close, JJ.

BETTY SIEGLER and DAVID D. SIEGLER, Appellants, v. MAX VOGEL and ST. GEORGE CLEANERS, INC., Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Carswell, Johnston, Taylor and Close, JJ.

EDWARD A. TRUMPBOUR and HARRIET CREE TRUMPBOUR, Respondents, v. THE ARTHUR A. JOHNSON CORPORATION, Appellant.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals granted. [See 250 App. Div. 856.] Present — Lazansky, P. J., Carswell, Johnston, Taylor and Close, JJ.